JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Allison.Reese@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:22-cr-00088-ART-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE RESPONSE DEADLINE** |
| vs. | |
| ISAIAH TISBY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin Nemec, Assistant Federal Public Defender, counsel for ISAIAH TISBY, that the Government's deadline to file any and all responsive pleadings to Defendant's [25] Motion to Suppress, currently set for November 22, 2022, be continued to November 30, 2022.

This Stipulation is entered into for the following reasons:

1.      The Government needs additional time to research the issues raised in Defendant's motions and respond thoroughly and effectively.

2.      Defense counsel agrees with the continuance.

1    3.    The parties agree to the continuance.

2    This is the first request for a continuance of the response deadline.

3    DATED:  November 9, 2022

4                                                    Respectfully submitted,

5                                                    JASON M. FRIERSON
                                                     United States Attorney
6
                                                      /s/ *Allison Reese*
7                                                    _____
                                                     ALLISON REESE
8                                                    Assistant United States Attorney

9
                                                     RENE L. VALLADARES
10                                                   Federal Public Defender

11                                                   */s/ Benjamin Nemec*
                                                     _____
12
                                                     BENJAMIN NEMEC
13                                                   Assistant Federal Public Defender
                                                     Counsel for Defendant
14                                                   ISAIAH TISBY

15

16

17

18

19

20

21

22

23

24

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:22-cr-00088-ART-BNW |
| Plaintiff, | **ORDER** |
| vs. | |
| ISAIAH TISBY, | |
| Defendant. | |

IT IS ORDERED that the deadline to file any and all responsive pleadings, currently set for November 22, 2022, be continued to November 30, 2022.

DATED this 14th day of November, 2022.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE