JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Assistant United States Attorney
Nevada Bar Number 13977
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Allison.Reese@usdoj.gov
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-cr-00088-ART-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE RESPONSE AND REPLY DEADLINES** |
| vs. | |
| ISAIAH TISBY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin Nemec, Assistant Federal Public Defender, counsel for ISAIAH TISBY, that the Government's deadline to file any and all responsive pleadings to Defendant's [25] Motion to Suppress, currently set for November 30, 2022, be continued to December 5, 2022.

This Stipulation is entered into for the following reasons:

1. The Government needs additional time to research the issues raised in Defendant's motions and respond thoroughly and effectively.

1

2. Government counsel has been unable to work given multiple illnesses in counsel's family, including her own.

3. Defense counsel agrees with the continuance.

4. The parties agree to the continuance.

This is the second request for a continuance of the response deadline.

DATED: November 23, 2022

        Respectfully submitted,

        JASON M. FRIERSON
        United States Attorney

        /s/ *Allison Reese*
_____
        ALLISON REESE
        Assistant United States Attorney


        RENE L. VALLADARES
        Federal Public Defender

        /s/ *Benjamin Nemec*
_____
        BENJAMIN NEMEC
        Assistant Federal Public Defender
        Counsel for Defendant
        ISAIAH TISBY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ISAIAH TISBY,<br><br>   Defendant. | Case No.: 2:22-cr-00088-ART-BNW<br><br>**ORDER** |

IT IS ORDERED that the deadline to file any and all responsive pleadings, currently set for November 30, 2022, be continued to December 5, 2022.

DATED: November 28, 2022.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE