# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAIAH TISBY,<br><br>Defendant. | Case No.: 2:22-cr-00088-ART-BNW<br><br>**ORDER** |

IT IS ORDERED that the Government's and the Defendant's deadline to file its Trial Memorandum, currently set for May 9, 2023, is continued to May 11, 2023.

DATED this 9th day of May, 2023.

_____
HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE