UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:22-cr-00088-ART-BNW |
| | ) | |
| Plaintiff, | ) | |
| | ) | MINUTES OF PROCEEDINGS |
| vs. | ) | |
| | ) | |
| ISAIAH TISBY, | ) | DATE:  Tuesday, May 9, 2023 |
| | ) | |
| Defendant. | ) | |

PRESENT:  ANNE R. TRAUM, UNITED STATES DISTRICT COURT JUDGE

Deputy Clerk:  Katie Lynn Sutherland   Remote Reporter:  Paige Christian

Counsel for Defendant:  Heidi Ojeda, AFPD and Benjamin Nemec, AFPD

Counsel for Government:  Allison Reese, AUSA and Melanee Smith, AUSA

PROCEEDINGS:  **VIDEO *DAUBERT* HEARING/ORAL ARGUMENTS ON MOTIONS IN LIMINE and CALENDAR CALL**

11:06 a.m. Court convenes.  This hearing is conducted by video via Zoom.

The Court and counsel address preliminary matters.

Ms. Reese on behalf of the Government seeks a continuance of today's hearing. Ms. Ojeda on behalf of the Defendant responds.  It is ordered that the Government's request to move today's hearing is denied.

The Court addresses the objections raised by the Government (ECF No. 67) regarding the Report and Recommendation (ECF No. 61).  Counsel are notified that the Court will enter a written order on the Defendant's Motion to Suppress (ECF No. 25) prior to the commencement of trial.

**Chuck Rylant**, called on behalf of the Defendant, is sworn and testifies under direct examination by Ms. Ojeda. Defendant's Exhibits A, B, D, F, G, and H are admitted into evidence.

12:41 p.m.  The Court stands in recess.

12:52 p.m.  The Court reconvenes with all counsel and Mr. Tisby on video.

Mr. Rylant resumes the witness stand and remains under oath.  Cross examination by Ms. Reese and redirect examination by Ms. Ojeda.  Ms. Reese presents closing remarks.

It is ordered that the Government's Motion to Exclude Defense Expert Dr. Chuck Rylant (ECF No. 73) is denied.  The witness is excused.

The Court next addresses the Government's Motion to Continue Trial (ECF No. 84).  Ms. Reese and Mr. Nemec present respective oral arguments on the motion.

2:26 p.m.  The Court stands in recess.

3:01 p.m.  The Court reconvenes with all counsel and Mr. Tisby on video.

It is ordered that the motion to continue trial (ECF No. 84) is denied.

The Court next addresses the trial schedule and order of expert witnesses.  Ms. Ojeda and Ms. Smith address the Court.

The Court turns to hear oral argument on Government's Motion in Limine to Admit Evidence of Defendant's Other Crimes, Wrongs, and Other Acts as Inextricably Intertwined Evidence and Pursuant to Federal Rules of Evidence 404(b) (ECF No. 70) and Defendant's Omnibus Motion in Limine (ECF No. 71).

Ms. Smith and Mr. Nemec present respective arguments regarding the motions.

The Court will enter a written order on the motions in limine.

There being no additional matters to address at this time, court adjourns at 3:55 p.m.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Sutherland, Deputy Clerk